NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Dale K. Galipo
Law Offices of Dale K. Galipo
21800 Burbank Blvd., Ste. 310
Woodland Hills, CA 91367
Tel: 818.347.3333 / Fax: 818.347.4118

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY ALVAREZ, individually and as successor in interest to Ricardo Andrade, deceased,<br>Plaintiff(s),<br>v.<br>CITY OF PASADENA and DOES 1-10, inclusive,<br>Defendant(s) | CASE NUMBER:<br>2:25-cv-02490<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for __Plaintiff, Daisy Alvarez__ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. Daisy Alvarez | 1. Plaintiff |
| 2. City of Pasadena | 2. Defendant |

| | |
|---|---|
| March 20, 2025 | s/ Dale K. Galipo |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff Daisy Alvarez