| | |
|---|---|
| 1 | LAW OFFICES OF DALE K. GALIPO |
| | Dale K. Galipo, Esq. (SBN 144074) |
| 2 | dalekgalipo@yahoo.com |
| | Renee V. Masongsong, Esq. (SBN 281819) |
| 3 | rvalentine@galipolaw.com |
| | 21800 Burbank Boulevard, Suite 310 |
| 4 | Woodland Hills, California 91367 |
| | Telephone: (818) 347-3333 |
| 5 | Facsimile: (818) 347-4118 |
| 6 | Kevin S. Conlogue, Esq. (SBN 285277) |
| | Kevin@LOKSC.com |
| 7 | CONLOGUE LAW, LLP |
| | 8383 Wilshire Blvd. |
| 8 | Beverly Hills, CA 90211 |
| | Tel: (213) 255-8837 |

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY ALVAREZ, individually and as successor in interest to Ricardo Andrade, deceased, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF PASADENA and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:25-cv-02490 <br><br> **DECLARATION OF DAISY ALVAREZ, SUCCESSOR IN INTEREST TO RICARDO ANDRADE** <br><br> [Cal. Code Civ. Proc. §373] |

## C.C.P. 377.32 DECLARATION OF DAISY ALVAREZ, SUCCESSOR IN INTEREST TO RICARDO ANDRADE

I, Daisy Alvarez, do hereby declare as follows:

-0-

1. My name is Daisy Alvarez. I am a competent adult over the age of eighteen and the natural mother of Ricardo Andrade.

2. I am personally familiar with the facts contained herein and would and could competently testify thereto if called upon to do so.

3. The decedent's name is Ricardo Andrade ("Decedent").

4. Decedent is my natural son.

5. Decedent passed away on April 13, 2024, in Pasadena, California.

6. No proceeding is now pending in California for administration of Decedent's estate.

7. I am Decedent's successor in interest as defined in Section 377.11 of the California Code of Civil Procedure and I succeed to Decedent's interest in this action or proceeding as the biological mother of Decedent.

8. No other person has a superior right to commence the action or Proceeding.

9. A copy of the death certificate of Decedent is attached hereto as "Exhibit A."

I, Daisy Alvarez, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this <u>14</u> day of March 2025, in <u>Sycamore</u>, Illinois.

*Daisy Alvarez*
_____
Daisy Alvarez

# EXHIBIT A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# CITY OF PASADENA
## PUBLIC HEALTH DEPARTMENT

### CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 3/08)

**STATE FILE NUMBER:** 3052024090782
**LOCAL REGISTRATION NUMBER:** 3202463000437

**DECEDENT'S PERSONAL DATA**

1. NAME OF DECEDENT–FIRST (Given): RICARDO
2. MIDDLE: -
3. LAST (Family): ANDRADE
   AKA. ALSO KNOWN AS: RICARDO G. ANDRADE
4. DATE OF BIRTH: 06/15/1987
5. AGE Yrs.: 36
6. SEX: M
9. BIRTH STATE/FOREIGN COUNTRY: CA
10. SOCIAL SECURITY NUMBER: UNK
11. EVER IN U.S. ARMED FORCES?: [X] NO
12. MARITAL STATUS/SRDP: NEVER MARRIED
7. DATE OF DEATH: 04/13/2024
8. HOUR (24 Hours): 2151
13. EDUCATION: HS GRADUATE
14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?: [X] YES MEXICAN
16. DECEDENT'S RACE: WHITE
17. USUAL OCCUPATION: DRIVER
18. KIND OF BUSINESS OR INDUSTRY: TRANSPORTATION
19. YEARS IN OCCUPATION: 10

**USUAL RESIDENCE**

20. DECEDENT'S RESIDENCE: 5222 BELLINGHAM AVENUE, # 1
21. CITY: VALLEY VILLAGE
22. COUNTY/PROVINCE: LOS ANGELES
23. ZIP CODE: 91607
24. YEARS IN COUNTY: 36
25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**

26. INFORMANT'S NAME, RELATIONSHIP: DAISY H. ALVAREZ, MOTHER
27. INFORMANT'S MAILING ADDRESS: 5222 BELLINGHAM AVENUE, # 1, VALLEY VILLAGE, CA 91607

**SPOUSE/SRDP AND PARENT INFORMATION**

28. NAME OF SURVIVING SPOUSE/SRDP–FIRST: -
29. MIDDLE: -
30. LAST (BIRTH NAME): -
31. NAME OF FATHER/PARENT–FIRST: RICARDO
32. MIDDLE: -
33. LAST: ANDRADE
34. BIRTH STATE: MEXICO
35. NAME OF MOTHER/PARENT–FIRST: DAISY
36. MIDDLE: H.
37. LAST (BIRTH NAME): ALVAREZ
38. BIRTH STATE: MEXICO

**FUNERAL DIRECTOR/LOCAL REGISTRAR**

39. DISPOSITION DATE: 05/07/2024
40. PLACE OF FINAL DISPOSITION: RESIDENCE OF DAISY H. ALVAREZ, 5222 BELLINGHAM AVENUE, # 1, VALLEY VILLAGE, CA 91607
41. TYPE OF DISPOSITION(S): CREMATE/RESIDENCE
42. SIGNATURE OF EMBALMER: STEPHEN M NICHOLS
43. LICENSE NUMBER: EMB9108
44. NAME OF FUNERAL ESTABLISHMENT: ABBOTT & HAST
45. LICENSE NUMBER: FD1399
46. SIGNATURE OF LOCAL REGISTRAR: YING-YING GOH, MD
47. DATE: 04/30/2024

**PLACE OF DEATH**

101. PLACE OF DEATH: HUNTINGTON HOSPITAL
102. IF HOSPITAL, SPECIFY ONE: [X] ER/OP
104. COUNTY: LOS ANGELES
105. FACILITY ADDRESS OR LOCATION WHERE FOUND: 100 WEST CALIFORNIA BOULEVARD
106. CITY: PASADENA

**CAUSE OF DEATH**

107. CAUSE OF DEATH:
IMMEDIATE CAUSE (A): MULTIPLE GUNSHOT WOUNDS
Time Interval Between Onset and Death (AT): MINS
108. DEATH REPORTED TO CORONER?: [X] YES
REFERRAL NUMBER: 2024-06237
109. BIOPSY PERFORMED?: [X] NO
110. AUTOPSY PERFORMED?: [X] NO
111. USED IN DETERMINING CAUSE?: 
112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: NONE
113. WAS OPERATION PERFORMED: NO
113A. DECEDENT PREGNANT IN LAST YEAR?: [X] NO

**PHYSICIAN'S CERTIFICATION**

114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.

**CORONER'S USE ONLY**

119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
MANNER OF DEATH: [X] Homicide
120. INJURED AT WORK?: [X] NO
121. INJURY DATE: 04/13/2024
122. HOUR: UNK
123. PLACE OF INJURY: OTHER: BACKYARD
124. DESCRIBE HOW INJURY OCCURRED: OFFICER INVOLVED SHOOTING
125. LOCATION OF INJURY: 755 OAK KNOLL CIRCLE, PASADENA, CA 91106
126. SIGNATURE OF CORONER / DEPUTY CORONER: EVONNE R-JACKSON
127. DATE: 04/29/2024
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: EVONNE R-JACKSON, DEP CORONER

This is to certify that this document is a true copy of the official record filed with the City of Pasadena.



6 May 2024
DATE ISSUED

**YING-YING GOH, MD**
HEALTH OFFICER

This copy is not valid unless prepared on an engraved border, displaying the seal and signature of the Registrar.



000537506

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE