| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Nathan A. Oyster (SBN 225307)<br>noyster@bwslaw.com<br>Caylin W. Jones (SBN 327829)<br>cjones@bwslaw.com<br>BURKE, WILLIAMS & SORENSEN, LLP<br>444 South Flower Street, 40th Floor<br>Los Angeles, California 90071-2953<br>Tel: 213.236.0600 Fax: 213.236.2700<br>ATTORNEY(S) FOR: Defendant CITY OF PASADENA | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY ALVAREZ, individually and as successor in interest to Ricardo Andrade, deceased,<br>Plaintiff(s),<br>v.<br>CITY OF PASADENA and DOES 1-10, inclusive,<br>Defendant(s) | CASE NUMBER:<br>2:25-cv-02490-MWF-PVC<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   CITY OF PASADENA
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| DAISY ALVAREZ | Plaintiff |
| CITY OF PASADENA | Defendant |

| | |
|---|---|
| 4/18/2025<br>Date | /s/ Caylin W. Jones<br>Signature |

Attorney of record for (or name of party appearing in pro per):

CITY OF PASADENA