Renee V. Masongsong, SBN 281819
Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: 818.347.3333

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY ALVAREZ,<br><br>Plaintiff(s)<br>v.<br><br>CITY OF PASADENA, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:25-cv-02490-MWF-PVC<br><br>**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

☑ The parties stipulate that ___Richard Copeland___ may serve as the Panel Mediator in the above-captioned case. ___Renee V. Masongsong___ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on ___a date TBD___ (Date) and counsel will submit mediation statements seven calendar days before the session.

☐ The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated: May 20, 2025                s/ Renee V. Masongsong
                                   Attorney For Plaintiff  Daisy Alvarez

Dated: _____                      _____
                                   Attorney For Plaintiff  _____

Dated: May 20, 2025                s/ Arnold F. Lee
                                   Attorney For Defendant  City of Pasadena

Dated: May 20, 2025                s/ Nathan A. Oyster
                                   Attorney For Defendant  City of Pasadena

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*

ADR-02 (01/23)                STIPULATION REGARDING SELECTION OF PANEL MEDIATOR