JUDGE MICHAEL W. FITZGERALD

SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

| Case No. | 2:25-02490-MWF-PVC | | | |
|---|---|---|---|---|
| **Case Name** | Daisy Alvarez v. City of Pasadena and Does 1-10 | | | |

| Matter | | Plaintiff(s)' Date mo / day / year | Defendant(s)' Date mo / day / year | Court Order |
|---|---|---|---|---|
| [ **X** ] Jury Trial *or* [  ] Court Trial<br>**(Tuesday at 8:30 a.m.)**<br>Duration Estimate: **5-7** Days | | 10/13/2026 | 10/13/2026 | |
| Final Pretrial Conference [LR 16] and Hearing on Motions *In Limine*<br>**(Monday at 11:00 a.m. -- three (3) weeks before trial date)**<br>Motions *In Limine* must be filed **three (3) weeks** before this date; oppositions are due **two (2) weeks** before this date; no reply briefs. | | 9/21/2026 | 09/21/2026 | |

| Event | Weeks Before Trial | Plaintiff(s)' Date mo / day / year | Defendant(s)' Date mo / day / year | Court Order |
|---|---|---|---|---|
| Last Date to Hear Motion to Amend Pleadings / Add Parties | | 9/8/2025 | 09/08/2025 | |
| Non-Expert Discovery Cut-Off (at least 4 weeks before last date to hear motions) | 18 | 06/09/2026 | 06/09/2026 | |
| Expert Disclosure (Initial) | | 5/19/2026 | 05/19/2026 | |
| Expert Disclosure (Rebuttal) | | 06/09/2026 | 06/09/2026 | |
| Expert Discovery Cut-Off | 14 * | 07/07/2026 | 07/07/2026 | |
| Last Date to ***Hear*** Motions (Monday at 10:00 a.m.) | 14 | 07/07/2026 | 07/07/2026 | |
| Last Date to Conduct Settlement Conference | 12 | 07/21/2026 | 07/21/2026 | |
| For Jury Trial<br><br>• File Memorandum of Contentions of Fact and Law, LR 16-4<br>• File Exhibit and Witness Lists, LR 16-5.6<br>• File Status Report Regarding Settlement<br>• File Motions *In Limine* | 6 | 09/01/2026 | 09/01/2026 | |
| For Jury Trial<br><br>• Lodge Pretrial Conference Order, LR 16-7<br>• File Agreed Set of Jury Instructions and Verdict Forms<br>• File Statement Regarding Disputed Instructions, Verdicts, etc.<br>• File Oppositions to Motions *In Limine* | 5 | 09/08/2026 | 09/08/2026 | |
| For Court Trial<br><br>• Lodge Findings of Fact and Conclusions of Law, LR 52, and Summaries of Direct Testimony | 3 | | | |

* The parties may choose to cut off expert discovery prior to MSJ briefing.

ADR [LR 16-15] Selection:

[X] Attorney Settlement Officer Panel    [ ] Private Mediation    [ ] Magistrate Judge (with Court approval)

EXHIBIT A