Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (Bar No. 281819)
rvalentine@galipolaw.com
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

Kevin S. Conlogue, Esq. (SBN 285277)
Kevin@LOKSC.com
CONLOGUE LAW, LLP
8383 Wilshire Blvd.
Beverly Hills, CA 90211
Tel: (213) 255-8837

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY ALVAREZ, individually and as successor in interest to Ricardo Andrade, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PASADENA, et al.<br><br>Defendants. | Case No.: 2:25-cv-02490<br><br>*District Judge Michael W. Fitzgerald*<br><br>**JOINT STIPULATION TO ALLOW PLAINTIFF TO AMEND COMPLAINT TO NAME THE INDIVIDUAL OFFICERS IN PLACE OF DOE DEFENDANTS 1-3**<br><br>*[Proposed Order; Exhibit A (redlined amended complaint; Exhibit B (clean amended complaint) filed concurrently herewith]* |

**TO THIS HONORABLE COURT:**

   **IT IS HEREBY STIPULATED** by and between Plaintiff Daisy Alvarez, and Defendants CITY OF PASADENA ("the Parties"), by and through their respective attorneys of record, as follows:

1. Plaintiff filed her Complaint on March 3, 2025. At the time of the filing of their Complaint, Plaintiff was genuinely ignorant of the names of the City of Pasadena Police Department employees and/or individuals who used force during the incident giving rise to this lawsuit. Subsequently, Plaintiff has discovered information that Officers John Lewy, Kalvin Blake, and Taylor Vincent are the City of Pasadena Police Department employees who used force against the decedent during the incident giving rise to this lawsuit.

2. The Parties agree that Plaintiff may file an amended complaint for the purpose of naming Officers John Lewy, Kalvin Blake, and Taylor Vincent as individual defendants in place of Doe Defendants 1-3. A copy of Plaintiff's proposed First Amended Complaint (redlined) is attached hereto as "Exhibit A." A copy of Plaintiff's proposed First Amended Complaint (clean) is attached hereto as "Exhibit B."

3. Counsel for the City of Pasadena agrees to accept service of the First Amended Complaint on behalf of the City of Pasadena.

4. Plaintiff shall have 7 days to file their First Amended Complaint after the Court grants her leave to do so. Defendant City of Pasadena shall have 21 days thereafter to file a responsive pleading.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| DATED: July 30, 2025 | | **LAW OFFICES OF DALE K. GALIPO** |

By: *s/ Renee V. Masongsong*
Dale K. Galipo
Renee V. Masongsong
*Attorneys for Plaintiff*

DATED: July 30, 2025        CONLOGUE LAW, LLP

/s/ *Kevin S. Conlogue*
Kevin S. Conlogue
Ashley M. Conlogue
*Attorneys for Plaintiff*

DATED: July 30, 2025        BURKE, WILLIAMS & SORENSEN, LLP

By:        */s/ Caylin Jones*
Nathan A. Oyster
Caylin W. Jones
Attorney for Defendant
CITY OF PASADENA