UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY ALVAREZ, individually and as successor in interest to Ricardo Andrade, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PASADENA, et al.<br><br>Defendants. | Case No.: 2:25-cv-02490<br><br>*District Judge Michael W. Fitzgerald*<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATION TO ALLOW PLAINTIFF TO AMEND COMPLAINT TO NAME INDIVIDUAL OFFICERS IN PLACE OF DOE DEFENDANTS 1-3** |

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff may file an amended complaint for the purpose of naming Officers John Lewy, Kalvin Blake, and Taylor Vincent as individual defendants in place of Doe Defendants 1-3, consistent with Plaintiff's "Exhibit B" to the Parties' stipulation.

2. Counsel for the City of Pasadena shall accept service of the First Amended Complaint on behalf of the City of Pasadena.

1  3. Plaintiff shall have 7 days to file her First Amended Complaint.
2     Defendant City of Pasadena shall have 21 days thereafter to file a
3     responsive pleading.
4
5  IT IS SO ORDERED.
6
7
8
9  DATED:                              UNITED STATES DISTRICT COURT
10
11                                     _____
12                                     HON. Michael W. Fitzgerald

-2-
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO ALLOW PLAINTIFF TO AMEND THE COMPLAINT