UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY ALVAREZ, individually and as successor in interest to Ricardo Andrade, deceased,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY OF PASADENA, et al.<br><br>            Defendants. | Case No.: 2:25-cv-02490-MWF(PVCx)<br><br>**ORDER GRANTING THE PARTIES' JOINT STIPULATION TO ALLOW PLAINTIFF TO AMEND COMPLAINT TO NAME INDIVIDUAL OFFICERS IN PLACE OF DOE DEFENDANTS 1-3** |

The Court has considered the parties' Joint Stipulation to Allow Plaintiff to Amend Complaint (the "Stipulation"). (Docket No. 24). For good cause shown, the Stipulation is **GRANTED,** and the Court **ORDERS** as follows:

1. No later than seven days from the date this Order is entered on the docket, Plaintiff may file an amended complaint for the purpose of naming Officers John Lewy, Kalvin Blake, and Taylor Vincent as individual defendants in place of Doe Defendants 1-3, consistent with Plaintiff's "Exhibit B" to the Parties' stipulation.
2. Counsel for the City of Pasadena shall accept service of the First Amended Complaint on behalf of the City of Pasadena.

3. Defendant City of Pasadena's response to the amended complaint shall be due within 21 days after the amended complaint is filed.

IT IS SO ORDERED.

Dated:  July 31, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge