LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

Kevin S. Conlogue, Esq. (SBN 285277)
Kevin@LOKSC.com
CONLOGUE LAW, LLP
8383 Wilshire Blvd.
Beverly Hills, CA 90211
Tel: (213) 255-8837

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY ALVAREZ, individually and as successor in interest to Ricardo Andrade, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF PASADENA; JOHN LEWY; KALVIN BLAKE; TAYLOR VINCENT; and DOES 1-7,<br><br>Defendants. | Case No. 2:25-cv-02490-MWF (PVCx)<br><br>*Assigned to:*<br>Hon. District Judge Michael W. Fitzgerald<br>Hon. Mag. Judge Pedro V. Castillo<br><br>**PROOF OF SERVICE OF FIRST AMENDED COMPLAINT AND SUMMONS** |

**TO THIS HONORABLE COURT, AND ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure and Central District Local Rule 5-3.1, Plaintiff hereby submits her proof of service of the First Amended Complaint, Summons and other documents on Defendants John Lewy, Kalvin Blake and Taylor Vincent, attached hereto as Exhibits "A," "B," and "C," respectively.

DATED: September 5, 2025                LAW OFFICES OF DALE K. GALIPO

                                        By:  /s/ Renee V. Masongsong
                                             Dale K. Galipo
                                             Renee V. Masongsong
                                             Attorney for Plaintiff

# EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR   Plaintiff | (818) 347-3333 | |
| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Alvarez, Daisy v. City of Pasadena | | |
| DATE:      TIME:      DEP./DIV. | | CASE NUMBER:<br>2:25-cv-02490-MWF-PVC |
| **Declaration of Service** | | Ref. No. or File No:<br>Alvarez v. Pasadena |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**First Amended Complaint; Summons; Notice of Assignment to United States Judges; Notice to Parties of Court -Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a U.S. Magistrate Judge; Stipulated Protective Order; Order Re Jury Trial; Order/Referral to ADR; Notice of Assignment of Panel Mediator**

On: **John Lewy**

I served the summons at:

**207 Garfield Ave  Pasadena, CA 91101**

On: **8/21/2025**      Time: **04:30 PM**

In the above mentioned action  by substituted service and leaving with

**Pablo Tapia   -  Front desk**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Daniel Espinoza**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **85.00**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**Daniel Espinoza**      Date: **08/28/2025**

Declaration of Service      Invoice #: 12635428-01

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR  Plaintiff | (818) 347-3333 | |
| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Alvarez, Daisy v. City of Pasadena | | |
| DATE:   TIME:   DEP./DIV. | | CASE NUMBER:<br>2:25-cv-02490-MWF-PVC |
| **Declaration of Diligence** | | Ref. No. or File No:<br>Alvarez v. Pasadena |

United States District Court

Person to Serve: **John Lewy**

Documents Received: **First Amended Complaint; Summons; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a U.S. Magistrate Judge; Stipulated Protective Order; Order Re Jury Trial; Order/Referral to ADR; Notice of Assignment of Panel Mediator**

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action. The following attempts were made to effect personal service:

**Aug 21 2025**   **04:30 PM**   207 Garfield Ave, Pasadena, CA 91101; Sub-Served on person apparently in charge.  -Per client request: Please complete substituted service on the first attempt by leaving the documents with the front.

Person attempting service:

  a. Name: **Daniel Espinoza**
  b. Address: **3208 Castalia Ave, Los Angeles, CA 90032**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **85.00**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Daniel Espinoza   Date: **08/28/2025**

Declaration of Diligence   Invoice #: 12635428-01

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR   Plaintiff | (818) 347-3333 | |

First Street Federal Courthouse Los Angeles
350 W 1st Street
Los Angeles, CA 90012

SHORT TITLE OF CASE:
Alvarez, Daisy v. City of Pasadena

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>2:25-cv-02490-MWF-PVC |
|---|---|---|---|

**Declaration of Service by Mail**

Ref. No. or File No:
Alvarez v. Pasadena

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On **08/22/2025**, I served the within:
**First Amended Complaint; Summons; Notice of Assignment to United States Judges; Notice to Parties of Court -Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a U.S. Magistrate Judge; Stipulated Protective Order; Order Re Jury Trial; Order/Referral to ADR; Notice of Assignment of Panel Mediator**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Chino Hills**, California, addressed as follows:

**John Lewy**
**207 Garfield Ave  Pasadena, CA 91101**

Declarant:

   a. Name: **Kristinamarie Mejia**
   b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
   c. Telephone number: **909-664-9577**
   d. **The fee** for this service was: **85.00**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Kristinamarie Mejia    Date: 08/29/2025

# EXHIBIT B

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR   Plaintiff | (818) 347-3333 | |
| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Alvarez, Daisy v. City of Pasadena | | |
| DATE:            TIME:            DEP./DIV. | | CASE NUMBER:<br>2:25-cv-02490-MWF-PVC |
| **Declaration of Service** | | Ref. No. or File No:<br>Alvarez v. Pasadena |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**First Amended Complaint; Summons; Notice of Assignment to United States Judges; Notice to Parties of Court -Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a U.S. Magistrate Judge; Stipulated Protective Order; Order Re Jury Trial; Order/Referral to ADR; Notice of Assignment of Panel Mediator**

On: **Kalvin Blake**

I served the summons at:

**207 Garfield Ave  Pasadena, CA 91101**

On: **8/21/2025**           Time:  **04:30 PM**

In the above mentioned action  by substituted service and leaving with
**Pablo Tapia  -  front desk**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Daniel Espinoza**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **85.00**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

*[signature]*

**Daniel Espinoza**                                Date: **08/28/2025**

Declaration of Service                                Invoice #: 12635428-02

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR   Plaintiff | (818) 347-3333 | |
| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Alvarez, Daisy v. City of Pasadena | | |
| DATE:        TIME:        DEP./DIV. | | CASE NUMBER:<br>2:25-cv-02490-MWF-PVC |
| **Declaration of Diligence** | | Ref. No. or File No:<br>Alvarez v. Pasadena |

United States District Court

Person to Serve: **Kalvin Blake**

Documents Received: **First Amended Complaint; Summons; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a U.S. Magistrate Judge; Stipulated Protective Order; Order Re Jury Trial; Order/Referral to ADR; Notice of Assignment of Panel Mediator**

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action. The following attempts were made to effect personal service:

**Aug 21 2025**    04:30 PM    207 Garfield Ave, Pasadena, CA 91101; Sub-Served on person apparently in charge. -Per client request: Please complete substituted service on the first attempt by leaving the documents with the front

Person attempting service:

- a. Name: **Daniel Espinoza**
- b. Address: **3208 Castalia Ave, Los Angeles, CA 90032**
- c. Telephone number: **909-664-9577**
- d. **The fee** for this service was: **85.00**
- e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Daniel Espinoza                                    Date: **08/29/2025**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR   Plaintiff | (818) 347-3333 | |
| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Alvarez, Daisy v. City of Pasadena | | |
| DATE:     TIME:     DEP./DIV. | | CASE NUMBER:<br>2:25-cv-02490-MWF-PVC |
| **Declaration of Service by Mail** | | Ref. No. or File No:<br>Alvarez v. Pasadena |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On **08/22/2025**, I served the within:
**First Amended Complaint; Summons; Notice of Assignment to United States Judges; Notice to Parties of Court -Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a U.S. Magistrate Judge; Stipulated Protective Order; Order Re Jury Trial; Order/Referral to ADR; Notice of Assignment of Panel Mediator**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Chino Hills**, California, addressed as follows:

**Kalvin Blake**
**207 Garfield Ave Pasadena, CA 91101**

Declarant:

  a. Name: **Kristinamarie Mejia**
  b. Address: **15345 Fairfield Ranch Rd Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **85.00**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Kristinamarie Mejia                    Date: 08/29/2025

# EXHIBIT C

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR  Plaintiff | (818) 347-3333 | |
| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Alvarez, Daisy v. City of Pasadena | | |
| DATE:   TIME:   DEP./DIV. | | CASE NUMBER:<br>2:25-cv-02490-MWF-PVC |
| **Declaration of Service** | | Ref. No. or File No:<br>Alvarez v. Pasadena |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**First Amended Complaint; Summons; Notice of Assignment to United States Judges ; Notice to Parties of Court -Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a U.S. Magistrate Judge; Stipulated Protective Order ; Order Re Jury Trial; Order/Referral to ADR; Notice of Assignment of Panel Mediator**

On: **Taylor Vincent**

I served the summons at:

**207 Garfield Ave  Pasadena, CA 91101**

On: **8/21/2025**   Time: **04:30 PM**

In the above mentioned action  by substituted service and leaving with
**Pablo Tapia  -  Front desk**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Daniel Espinoza**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **85.00**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

*[signature]*

**Daniel Espinoza**   Date: **08/29/2025**

Declaration of Service   Invoice #: 12635428-03

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR  Plaintiff | (818) 347-3333 | |
| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Alvarez, Daisy v. City of Pasadena | | |
| DATE:   TIME:   DEP./DIV. | | CASE NUMBER:<br>2:25-cv-02490-MWF-PVC |
| **Declaration of Diligence** | | Ref. No. or File No:<br>Alvarez v. Pasadena |

United States District Court

Person to Serve: **Taylor Vincent**

Documents Received: **First Amended Complaint; Summons; Notice of Assignment to United States Judges ; Notice to Parties of Court -Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a U.S. Magistrate Judge; Stipulated Protective Order ; Order Re Jury Trial; Order/Referral to ADR; Notice of Assignment of Panel Mediator**

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action. The following attempts were made to effect personal service:

**Aug 21 2025**   **04:30 PM**   207 Garfield Ave, Pasadena, CA 91101; Sub-Served on person apparently in charge. -Per client request: Please complete substituted service on the first attempt by leaving the documents with the front

Person attempting service:

a. Name: **Daniel Espinoza**
b. Address: **3208 Castalia Ave, Los Angeles, CA 90032**
c. Telephone number: **909-664-9577**
d. **The fee** for this service was: **85.00**
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Daniel Espinoza     Date: **08/29/2025**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Dale Galipo SBN 144074<br>Law Offices of Dale K. Galipo<br>21800 Burbank Blvd 310<br>Woodland Hills, CA 91367<br>ATTORNEY FOR   Plaintiff | (818) 347-3333 | |
| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Alvarez, Daisy v. City of Pasadena | | |
| DATE:    TIME:    DEP./DIV. | | CASE NUMBER:<br>2:25-cv-02490-MWF-PVC |
| **Declaration of Service by Mail** | | Ref. No. or File No:<br>Alvarez v. Pasadena |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On **08/22/2025**, I served the within:
**First Amended Complaint; Summons; Notice of Assignment to United States Judges ; Notice to Parties of Court -Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a U.S. Magistrate Judge; Stipulated Protective Order ; Order Re Jury Trial; Order/Referral to ADR; Notice of Assignment of Panel Mediator**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Chino Hills**, California, addressed as follows:

**Taylor Vincent**
**207 Garfield Ave  Pasadena, CA 91101**

Declarant:

  a. Name: **Kristinamarie Mejia**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **85.00**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Kristinamarie Mejia                                      Date: 08/29/2025