MICHELE BEAL BAGNERIS, City Attorney
State Bar No. 115423
mbagneris@cityofpasadena.net
ARNOLD F. LEE, Chief Assistant City Attorney
State Bar No. 278610
aflee@cityofpasadena.net
100 N. Garfield Avenue, Suite N210
Pasadena, CA 91101
Telephone: (626) 744-4141
Facsimile: (626) 744-4190

Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
Caylin W. Jones (SBN 327829)
E-mail: cjones@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600    Fax: 213.236.2700

Attorneys for Defendants
CITY OF PASADENA, JOHN LEWY,
KALVIN BLAKE and TAYLOR
VINCENT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY ALVAREZ, individually and as successor in interest to Ricardo Andrade, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PASADENA; JOHN LEWY; KALVIN BLAKE; TAYLOR VINCENT; and DOES 1-7<br><br>Defendants. | Case No. 2:25-cv-02490-MWF-PVC<br><br>**STIPULATION TO CONTINUE PRE-TRIAL DEADLINES**<br><br>Judge:  Michael W. Fitzgerald |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff DAISY ALVAREZ (hereinafter "Plaintiff") and Defendants

CITY OF PASADENA, JOHN LEWY, KALVIN BLAKE and TAYLOR VINCENT (hereinafter "Defendants"), through their respective attorneys of record, hereby stipulate to the following:

1.     Plaintiff and Defendants hereby jointly request a continuance of the pretrial deadlines by approximately two months. This is the parties' first request for a continuance, and the request is based on the reasons set forth below.

1.     This case arises out of a fatal officer involved shooting of Ricardo Andrade. Plaintiff filed her initial Complaint on March 20, 2025. Dkt. 1. Defendants filed an Answer to that Complaint on April 18, 2025. Dkt. 11.

2.     Following exchanging of initial disclosures and relevant case documents, the parties filed a Stipulation to Amend the Complaint, which added three additional Defendants on July 30, 2025.

3.     Thereafter, Plaintiff filed a First Amended Complaint on August 5, 2025. See Dkt. 26.

4.     The parties have been diligently engaging in written discovery including Requests for Production, Interrogatories, and Requests for Admission as well as issuing subpoenas for records.

5.     Following any officer-involved shooting, a criminal investigation is opened into the case. The case is then presented to the District Attorney's Office who then make a determination as to whether to prosecute any involved law enforcement officers.

6.     To date, the District Attorney's Office has not issued its final determination regarding the outcome of their review. As such, if the deadlines in this case are not continued, the individual Defendants contend that they will be required to assert their Fifth Amendment rights when deposed and in response to questions regarding the incident.

7.     Following meet-and-confer discussions, the parties have agreed to delay the Defendant officers' depositions for the time being while awaiting the

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4904-3785-2056 v2

2

District Attorney's final determination.

As such, the parties respectfully request that the pre-trial dates be continued as follows. Trial and Final Pre-trial conference are to remain unchanged:

| Deadline | Current Date | Proposed New Date |
| --- | --- | --- |
| Fact Discovery Cut Off | June 8, 2026 | August 3, 2026 |
| Initial Expert Witness Exchange | May 18, 2026 | July 20, 2026 |
| Rebuttal Expert Witness Exchange | June 8, 2026 | August 3, 2026 |
| Expert Discovery Cut Off | July 6, 2026 | August 31, 2026 |
| Last Day to Hear Motions | July 6, 2026 | August 31, 2026 |

Dated:  March 23, 2026                    LAW OFFICES OF DALE K. GALIPO


By:  /s/ Renee Valentine Masongsong
     Dale K. Galipo
     Renee Valentine Masongsong
     Attorneys for Plaintiff
     DAISY ALVAREZ, individually and
     as successor in interest to Ricardo
     Andrade, deceased

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4904-3785-2056 v2                         3

Dated: March 23, 2026

BURKE, WILLIAMS & SORENSEN, LLP

By:       Caylin W. Jones[1]

Nathan A. Oyster
Caylin W. Jones
Attorneys for Defendants
CITY OF PASADENA, JOHN
LEWY, KALVIN BLAKE and
TAYLOR VINCENT

[1] In compliance with Local Rule 5-4.3.4(a)(2)(i), I, Caylin W. Jones, hereby attest that all other signatories listed, and on whose behalf the filing is submitted,