UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY ALVAREZ, individually and as successor in interest to Ricardo Andrade, deceased,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF PASADENA; JOHN LEWY; KALVIN BLAKE; TAYLOR VINCENT; and DOES 1-7<br><br>          Defendants | Case No. 2:25-cv-02490-MWF-PVC<br><br>**[PROPOSED] ORDER ON STIPULATION TO CONTINUE PRE-TRIAL DEADLINES**<br><br>Judge:   Michael W. Fitzgerald |

Pursuant to the parties' stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that the trial date and trial related dates are continued as follows:

| Deadline | Current Date | Proposed New Date |
|---|---|---|
| Fact Discovery Cut Off | June 8, 2026 | August 3, 2026 |
| Initial Expert Witness Exchange | May 18, 2026 | July 20, 2026 |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4914-7967-8872 v1

1

| Rebuttal Expert Witness Exchange | June 8, 2026 | August 3, 2026 |
|---|---|---|
| Expert Discovery Cut Off | July 6, 2026 | August 31, 2026 |
| Last Day to Hear Motions | July 6, 2026 | August 31, 2026 |

**IT IS SO ORDERED.**

DATED: _____            _____

Honorable Michael W. Fitzgerald
United States District Judge