## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY ALVAREZ, individually and as successor in interest to Ricardo Andrade, deceased,<br><br>       Plaintiff,<br><br>    v.<br><br>CITY OF PASADENA; JOHN LEWY; KALVIN BLAKE; TAYLOR VINCENT; and DOES 1-7<br><br>       Defendants | Case No. 2:25-cv-02490-MWF(PVCx)<br><br>**ORDER GRANTING STIPULATION TO CONTINUE PRE-TRIAL DEADLINES**<br><br>Judge:  Michael W. Fitzgerald |

The Court has considered the parties' Stipulation to Continue Pre-Trial Deadlines. (Docket No. 34). For good cause shown, IT IS HEREBY ORDERED that the pretrial deadlines below are CONTINUED:

| Deadline | Current Date | New Date |
|---|---|---|
| Fact Discovery Cut Off | June 8, 2026 | August 3, 2026 |
| Initial Expert Witness Exchange | May 18, 2026 | July 20, 2026 |
| Rebuttal Expert Witness Exchange | June 8, 2026 | August 3, 2026 |

4914-7967-8872 v1

1

| Deadline | Current Date | New Date |
|---|---|---|
| Expert Discovery Cut Off | July 6, 2026 | August 31, 2026 |
| Last Day to Hear Motions | July 6, 2026 | August 31, 2026 |

**IT IS SO ORDERED.**

Dated: March 24, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

4914-7967-8872 v1

2