UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY ALVAREZ, individually and as successor in interest to Ricardo Andrade, deceased,<br><br>       Plaintiff,<br><br>       v.<br><br>CITY OF PASADENA; JOHN LEWY; KALVIN BLAKE; TAYLOR VINCENT; and DOES 1-7<br><br>       Defendants | Case No. 2:25-cv-02490-MWF-PVC<br><br>**[PROPOSED] ORDER ON STIPULATION TO CONTINUE TRIAL AND  PRE-TRIAL DEADLINES**<br><br>Judge:   Michael W. Fitzgerald |

Pursuant to the parties' stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that the trial date and trial related dates are continued as follows:

| Deadline | Current Date | Proposed New Date |
|---|---|---|
| Fact Discovery Cut Off | August 3, 2026 | December 7, 2026 |
| Initial Expert Witness Exchange | July 20, 2026 | December 21, 2026 |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4937-4435-9604 v1

1

| Rebuttal Expert Witness Exchange | August 3, 2026 | January 7, 2027 |
|---|---|---|
| Expert Discovery Cut Off | August 31, 2026 | January 21, 2027 |
| Last Day to Hear Motions | August 31, 2026 | January 11, 2027 |
| Trial Documents (First Round) | September 1, 2026 | March 22, 2027 |
| Trial Documents (Second Round) | September 8, 2026 | March 29, 2027 |
| Deadline to Complete Settlement Conference | July 24, 2026 | January 11, 2027 |
| Pre-Trial Conference | September 21, 2026 | April 12, 2027 |
| Trial Date | October 12, 2026 | April 27, 2027 |

**IT IS SO ORDERED.**

DATED: _____

_____
Honorable Michael W. Fitzgerald
United States District Judge

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4937-4435-9604 v1

2