NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY ALVAREZ, individually and as successor in interest to Ricardo Andrade, deceased,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF PASADENA; JOHN LEWY; KALVIN BLAKE; TAYLOR VINCENT; and DOES 1-7<br><br>　　　　　　Defendants | Case No. 2:25-cv-02490-MWF(PVCx)<br><br>**ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES**<br><br>Judge:  Michael W. Fitzgerald |

The Court has considered the parties' Stipulation to Continue Trial and Pre-Trial Deadlines (the "Stipulation"). (Docket No. 36).  For good cause shown, the Stipulation is GRANTED.  The Court ORDERS the trial date and trial related dates CONTINUED, as follows:

| Deadline | Current Date | New Date |
|---|---|---|
| Fact Discovery Cut Off | August 3, 2026 | December 7, 2026 |
| Initial Expert Witness Exchange | July 20, 2026 | December 21, 2026 |
| Rebuttal Expert Witness Exchange | August 3, 2026 | January 7, 2027 |

4937-4435-9604 v1

1

| Deadline | Current Date | New Date |
|---|---|---|
| Expert Discovery Cut Off | August 31, 2026 | January 21, 2027 |
| Last Day to Hear Motions | August 31, 2026 | January 20, 2027 |
| Deadline to Complete Settlement Conference | July 24, 2026 | February 5, 2027 |
| File Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, Status Report regarding settlement, and Motions in Limine | September 1, 2026 | March 17, 2027 |
| Lodge Pretrial Conference Order; file agreed set of Jury Instructions and Verdict Forms, statement regarding Disputed Instructions and Verdict Forms, and Oppositions to Motions in Limine | September 8, 2026 | March 24, 2027 |
| Pre-Trial Conference | September 21, 2026 | **April 7, 2027, at 11:00 a.m.** |
| Trial Date | October 12, 2026 | **April 27, 2027, at 8:30 a.m.** |

**IT IS SO ORDERED.**

Dated: June 23, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge