MICHELE BEAL BAGNERIS, City Attorney
State Bar No. 115423
mbagneris@cityofpasadena.net
ARNOLD F. LEE, Chief Assistant City Attorney
State Bar No. 278610
aflee@cityofpasadena.net
100 N. Garfield Avenue, Suite N210
Pasadena, CA 91101
Telephone: (626) 744-4141
Facsimile: (626) 744-4190

Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
Caylin W. Jones (SBN 327829)
E-mail: cjones@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendants
CITY OF PASADENA, JOHN LEWY, KALVIN BLAKE and TAYLOR VINCENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY ALVAREZ, individually and as successor in interest to Ricardo Andrade, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PASADENA; JOHN LEWY; KALVIN BLAKE; TAYLOR VINCENT; and DOES 1-7<br><br>Defendants. | Case No. 2:25-cv-02490-MWF-PVC<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO VACATE DATES DUE TO THE CASE SETTLEMENT**<br><br>Judge: Michael W. Fitzgerald |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff DAISY ALVAREZ, individually and as successor in interest to Ricardo Andrade, deceased, (hereinafter collectively "Plaintiff"), and Defendants CITY OF PASADENA, JOHN LEWY, KALVIN BLAKE and TAYLOR VINCENT (hereinafter "Defendants"), through their respective attorneys of record, hereby stipulate to the following:

1. On July 27, 2026, the parties attended mediation with Rick Copeland. Following mediation, a mediator's proposal was made and thereafter accepted by both parties.

2. On August 17, 2026, the settlement was approved by the Pasadena City Council.

3. The parties anticipate that it will take 60 days to complete the settlement process, which will include finalizing the settlement agreement and issuing payment. In light of the settlement, the parties request that the Court issue an Order vacating the Pre-Trial Conference, Trial date, and all pretrial deadlines in this case.

4. Upon completion of the settlement process in this matter, the parties will submit a stipulation to dismiss all claims with prejudice.

5. If a stipulation to dismiss this matter has not been filed within 60 days of the parties filing of this stipulation, the parties will submit a Joint Status Report to the Court, which will advise of the status of settlement.

**IT IS SO STIPULATED.**

Dated: August 20, 2026

BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Caylin W. Jones*[1]

Nathan A. Oyster
Caylin W. Jones
Attorneys for Defendants
CITY OF PASADENA, JOHN LEWY, KALVIN BLAKE and TAYLOR VINCENT

Dated: August 20, 2026

LAW OFFICES OF DALE K. GALIPO

By: */s/ Renee Masongsong*

Dale K. Galipo
Renee Valentine Masongsong
Attorneys for Plaintiff
DAISY ALVAREZ

---

[1] In compliance with Local Rule 5-4.3.4(a)(2)(i), I, Caylin W. Jones, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.