UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY ALVAREZ, individually and as successor in interest to Ricardo Andrade, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PASADENA; JOHN LEWY; KALVIN BLAKE; TAYLOR VINCENT; and DOES 1-7<br><br>Defendants. | Case No. 2:25-cv-02490-MWF-PVC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO VACATE DATES DUE TO CASE SETTLEMENT**<br><br>Judge: Michael W. Fitzgerald |

Having reviewed the parties' stipulation to vacate all dates due to the case settlement and finding good cause therefore, the Court orders as follows:

1. The Pre-Trial Conference, Trial date, and all pretrial deadlines in this case are hereby vacated.

2. The parties shall file a Joint Status Report within 60 days of this Order, advising the Court of the status of settlement approval, if a stipulation to dismiss the case has not been filed prior to that date.

DATED: ____________, 2026

____________________________

Michael W. Fitzgerald
UNITED STATES DISTRICT JUDGE