MICHELE BEAL BAGNERIS, City Attorney
State Bar No. 115423
mbagneris@cityofpasadena.net
ARNOLD F. LEE, Chief Assistant City Attorney
State Bar No. 278610
aflee@cityofpasadena.net
100 N. Garfield Avenue, Suite N210
Pasadena, CA 91101
Telephone: (626) 744-4141
Facsimile: (626) 744-4190

Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
Caylin W. Jones (SBN 327829)
E-mail: cjones@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendants
CITY OF PASADENA, JOHN LEWY,
KALVIN BLAKE and TAYLOR
VINCENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY ALVAREZ, individually and as successor in interest to Ricardo Andrade, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PASADENA; JOHN LEWY; KALVIN BLAKE; TAYLOR VINCENT; and DOES 1-7<br><br>Defendants. | Case No. 2:25-cv-02490-MWF-PVC<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Judge: Michael W. Fitzgerald |

**TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED between Plaintiff DAISY ALVAREZ and Defendants CITY OF PASADENA, JOHN LEWY, KALVIN BLAKE and TAYLOR VINCENT, that, following a settlement, the entire action, including all claims against Defendants, and all claims against any unserved Defendants, are hereby dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), with each party to bear their own attorneys' fees and costs.

Dated: October 6, 2026

BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ Caylin W. Jones[1]
Nathan A. Oyster
Caylin W. Jones
Attorneys for Defendants
CITY OF PASADENA, JOHN LEWY, KALVIN BLAKE and TAYLOR VINCENT

Dated: October 6, 2026

LAW OFFICES OF DALE K. GALIPO

By: /s/ Renee Masongsong
Dale K Galipo
Renee V Masongsong
Attorney for Plaintiff
DAISY ALVAREZ Individually And As Successor In Interest To Ricardo Andrade, Deceased

---

[1] In compliance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.