UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY ALVAREZ, individually and as successor in interest to Ricardo Andrade, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PASADENA; JOHN LEWY; KALVIN BLAKE; TAYLOR VINCENT; and DOES 1-7<br><br>Defendants. | Case No. 2:25-cv-02490-MWF-PVC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Judge: Michael W. Fitzgerald |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## [PROPOSED] ORDER

In consideration of the Parties' stipulation for dismissal with prejudice of this action in its entirety, and good cause appearing therefor, IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1) (A)(ii). Each Party to bear their own fees and costs.

**IT IS SO ORDERED.**

DATED: ____________, 2026

______________________________
Honorable Michael W. Fitzgerald
United States District Court Judge