JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY ALVAREZ, individually and as successor in interest to Ricardo Andrade, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PASADENA; JOHN LEWY; KALVIN BLAKE; TAYLOR VINCENT; and DOES 1-7<br><br>Defendants. | Case No. 2:25-cv-02490-MWF(PVCx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Judge: Michael W. Fitzgerald |

The Court has considered the parties' Joint Stipulation for Dismissal of Entire Action with Prejudice (the "Stipulation"). (Docket No. 39). For good cause shown, the Stipulation is GRANTED. IT IS HEREBY ORDERED that this case is DISMISSED in its entirety with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1) (A)(ii). Each Party to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: October 7, 2026

MICHAEL W. FITZGERALD
United States District Judge